# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2023

SEAN F. McAVOY, CLERK

SCOTT FRANCIS ICEBERG, )
*Plaintiff* )
v. )  Civil Action No.   2:22-CV-0332-TOR
)
)
WHITMAN COUNTY, et al., )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice.
Plaintiff's Motion for Service of Complaint and Summons, ECF No. 9, is DENIED as moot.
Plaintiff's in forma pauperis status is hereby REVOKED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE
  after review of Plaintiff's Complaint (ECF No. 1) and consideration of the Motion for Service of Complaint and Summons (ECF No. 9).

Date:   February 21, 2023              *CLERK OF COURT*

                                       SEAN F. McAVOY

                                       *s/ B. Fortenberry*
                                       *(By) Deputy Clerk*

                                       B. Fortenberry